IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

VS.                                           CASE NO. 04:07-CR-40009-001

TIMOTHY DEWAYNE HAWKINS                                                                              DEFENDANT

### ORDER

On this 7th day of August, 2007, came on for consideration an Unopposed Motion for Psychiatric Evaluation filed on behalf of Defendant Timothy Dewayne Hawkins. (Doc. 11). The motion seeks an evaluation of Defendant's mental competency to stand trial and a determination of Defendant's IQ. Review of the motion finds it well taken and satisfies the Court that a psychiatric evaluation is necessary. Accordingly, Defendant's Unopposed Motion for Psychiatric Evaluation should be and hereby is **GRANTED**.

The Court hereby orders a psychiatric or psychological evaluation of Timothy Dewayne Hawkins pursuant to 18 U.S.C. § 4241(b) no later than forty-five (45) days from the time Defendant is transported to the appropriate federal facility for testing. Therefore, it is ordered that Defendant shall be committed to the custody of the Attorney General for placement in a suitable facility for psychiatric or psychological examination pursuant to the terms and conditions of 18 U.S.C. § 4247(b) and (c) for a determination of mental competency to stand trial and for a determination of Defendant's IQ.

It is hereby ordered that the United States Marshall Service transport the Defendant to the appropriate federal facility as soon as practicable for the psychiatric or psychological examination of the Defendant. Upon completion of the examination, a copy of the written report should be provided to the Court, the Assistant United States Attorney and counsel for the Defendant. The

United States Marshall Service should then return Defendant to the Texarkana Division upon completion of the examination. Further, the Court orders that the examination report be placed under seal.

Trial of this matter is currently scheduled to commence on August 22, 2007. In light of the examination ordered herein, trial by jury is hereby continued, and will be rescheduled upon completion of the examination and a determination of Defendant's mental competency to stand trial. Any delay in these proceedings occasioned by the mental evaluation ordered herein shall be excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(1)(A).

**IT IS SO ORDERED**

                                              /s/Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge