IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                               CASE NO. 04:07-CR-40009-001

TIMOTHY DEWAYNE HAWKINS                                                  DEFENDANT

### ORDER

Before the Court is the United States of America's Motion to Dismiss. (Doc. 17). The Government moves to dismiss the Indictment against Defendant Timothy Dewayne Hawkins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Upon consideration, the Court is satisfied that good cause for the Government's motion has been shown. Accordingly, the Motion to Dismiss should be and hereby is **GRANTED**. The Indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that Defendant Timothy Dewayne Hawkins be immediately released from federal custody resulting from the Indictment in this case.

**IT IS SO ORDERED**, this 12th day of December, 2007

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge